

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA MACY, | Civil No. 06-635-MA |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARTNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,600.00 are awarded to Plaintiff's attorney, Rory Linerud, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The EAJA fees are payable to Plaintiff's attorney, Rory Linerud, and are to be sent directly to Rory Linerud. There are no costs and expenses to be paid herein.

DATED this 22 day of January, 2007.

/s/ Malcolm F. Marsh
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [06-635-MA]